```
ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California  94103
Phone:      (415) 431-4500
Fax:        (415) 255-8631
E-Mail:     rwlaw@mindspring.com
```

Attorney for Defendant DWIGHT GILCHRIST

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR06 0538 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR RETURN OF PROPERTY (UNITED STATES PASSPORT)** |
| v. | |
| DWIGHT GILCHRIST, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by the parties, that defendant DWIGHT GILCHRIST's United States Passport, which was surrendered to the Court in August of 2006, be returned to the defendant directly, or in the alternative, to counsel for defendant, Robert Waggener, 214 Duboce Avenue, San Francisco, CA 94103.  In the event that the passport has expired and/or been destroyed, defendant Dwight Gilchrist has permission from the Court to apply for a new passport.

Defendant Gilchrist has served his custodial sentence and is now being supervised by the United States Probation Department. Defense counsel Robert Waggener has communicated with

\\\\

\\\\

\\\\

\\\\

Mr. Gilchrist's United States Probation Officer, Tanisha Sanford, and she has no objection to the return of Mr. Gilchrist's passport or with Mr. Gilchrist applying for a new passport.

Dated: September 22, 2011

/s/
ROBERT WAGGENER
Attorney for Defendant
DWIGHT GILCHRIST

Dated: September 22, 2011

/s/
TRACIE BROWN
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 9/26/11

SUSAN ILLSTON
United States District Court Judge